

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00318-CV

KEITH LUKER                                                                                    APPELLANT

V.

BANK OF AMERICA, NA AS                                                        APPELLEE
SUCCESSOR BY MERGER TO
LASALLE BANK, NA, TRUSTEE
FOR CERTIFICATE HOLDERS OF
BEAR STEARNS ASSET BACK
SECURITIES I LLC, ASSET
BACKED CERTIFICATES SERIES
2007-FSI

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On August 23, 2011, and September 12, 2011, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this

---

[1]*See* Tex. R. App. P. 47.4.

appeal unless the $175 filing fee was paid.  *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $175 filing fee.  *See* Tex. R. App. P. 5, 12.1(b).

Because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  October 13, 2011

---

[2]*See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).